**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.  **CV 24-1152-JFW(MAAx)**                                      Date: November 6, 2024

Title:       Lorraine Corrales, et al. -v- State Farm General Insurance Company, et al.

---

**PRESENT:**

       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

       **Shannon Reilly**                                               **None Present**
       **Courtroom Deputy**                                        **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
       None                                                                          None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

     In the Court's Scheduling and Case Management Order ("CMO") and Order filed March 8, 2024 (Docket No. 22), the Court set November 4, 2024 as the last day to conduct a Settlement Conference, and November 8, 2024 as the last day to file a Joint Report Re: Results of Settlement Conference.  Based on the Joint Mediation Report filed November 5, 2024, Docket No. 30, the Court concludes that the parties have intentionally violated the Court's Orders by failing to complete the Settlement Conference by the Court-ordered deadline of November 4, 2024.

     Accordingly, the parties are ordered to show cause in writing by **November 11, 2024** why the Court should not impose sanctions in the amount of $2,500.00 against lead counsel for each of the parties and/or dismiss this action for their violation of the Court's CMO.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and dismissal of this action.

     IT IS SO ORDERED.